1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  KESLIE STEWART (184090)
   Assistant United States Attorney

5

6  H.H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney

7       1301 Clay Street, Suite 340S
        Oakland, California 94612

8       Telephone: (510) 637-3709
        FAX: (510) 637-3724

9

10 Attorneys for Plaintiff

11

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

                         OAKLAND  DIVISION

15

16
                                      )      No  CR 07-00488 CW
17                                    )
   UNITED STATES OF AMERICA,          )      SUBSTITUTION OF ATTORNEYS
18                                    )
                    Plaintiff,        )
19                                    )
         v.                           )
20                                    )
   ANDRE MATTHEWS, et al.,            )
21                                    )
                    Defendant.        )
22

23

24      Please take notice that as of August 21, 2007, the Assistant U.S. Attorneys whose

25 names, address and telephone numbers are listed below will be counsel for the

26 government.

27 ///

28 ///

   ///

1      Assistant U.S. Attorney KESLIE STEWART and
       Assistant U.S. Attorney SHASHI KEWALRAMANI
2      1301 Clay Street, Suite 340S
       Oakland, CA 94612
3      Telephone: (510) 637-3680

4    DATED:  August 21, 2007          Respectfully submitted,

5                                      SCOTT N. SCHOOLS
                                       United States Attorney
6
                                       _____/S/_____
7                                      KESLIE STEWART
                                       Assistant United States Attorney
8

9
     DATED:  August 21, 2007          Respectfully submitted,
10
                                       SCOTT N. SCHOOLS
11                                     United States Attorney

12                                     _____/S/_____
                                       H.H. (SHASHI) KEWALRAMANI
13                                     Assistant United States Attorney

14

15   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
     "conformed" signature (/S/) within this e-filed document.
16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS - [CR 07-0048 CW ]