

UNITED STATES DISTRICT COURT
District of Alaska

**FILED**

SEP - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Ida Romack, Clerk of Court

| Federal Building, U.S. Courthouse | U.S. Courthouse | U.S. Courthouse |
|---|---|---|
| 222 West 7th Ave., #4 | 101 12th Ave., Box 1 | 709 West 9th Ave. |
| Anchorage, AK 99513-7564 | Fairbanks, AK 99701-6283 | P.O. Box 020349 |
| 907-677-6100 | 907-451-5791 | Juneau, AK 99802-0349 |
| | | 907-586-7780 |

August 29, 2007

Clerk of Court
Northern District of California
Phillip Burton U.S. Courthouse
16th Floor
450 Golden gate Ave.
San Francisco, CA 94102

Re:  Kevin Renaldo Arnold
     Our Case Number: 3:07-mj-00172-JDR
     Your Case Number: 4:07-cr-00488-CW

Dear Clerk:

**Initial Transfer Out**
  Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return the original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**
  Enclosed please find the original Probation Form 22 transferring the jurisdiction from the District of Alaska to your district. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order and docket sheet.

**Transfer In**
  Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward the docketed original Probation Form 22, and certified copies of the charging document, Judgment & Commitment Order, and docket sheet for **only** this defendant.

**Rule 40 Removal Proceedings**
  XX Enclosed please find certified copies of all documents and docket sheet from our court.

**Rule 20**
  Enclosed please find the original order transferring case to the Northern District of California and a certified copy of the docket sheet and certified copies of the entire file.

Please acknowledge receipt of these documents by returning a copy of the enclosed letter in the envelope provided.

Sincerely,

IDA ROMACK, CLERK OF COURT

Denali J. Elmore, Deputy Clerk

✎ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of **Alaska**

UNITED STATES OF AMERICA
V.

**Kelvin Renaldo Arnold**

COMMITMENT TO ANOTHER DISTRICT

**3:07-mj-00172-JDR**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3:07-mj-00172-JDR | 4:07-cr-00488 CW | Alaska | Northern District of California |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE** Northern District of California

**DESCRIPTION OF CHARGES:**

18:1028(f) Conspiracy to unlawfully transfer or use a means of Identification of another

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   ☒ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Aug 28, 2007
Date

/s/John D. Roberts, USMJ
Signature Redacted
Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

Certified to be a true and correct copy of original filed in my office.
Dated 8/29/07
IDA ROMACK, Clerk
By _____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. KELVIN RENALDO ARNOLD     CASE NO. 3:07-mj-00172-JDR
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: APRIL KARPER

UNITED STATES' ATTORNEY: AUDREY RENSCHEN

DEFENDANT'S ATTORNEY: KEVIN MCCOY - APPOINTED

U.S.P.O.: PAULA MCCORMICK

PROCEEDINGS: INITIAL APPEARANCE ON NORTHERN DISTRICT OF
CALIFORNIA WARRANT OF ARREST HELD AUGUST 20, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:41 p.m. court convened.

_X_ Copy of Indictment given to defendant.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: Same as above.

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant detained. Detention / Identity Hearing set for _____
**August 28, 2007 at 1:00 p.m.**

_X_ Order of Temporary Detention Pending Hearing **FILED**.

At 3:55 p.m. court adjourned.


DATE: August 20, 2007     DEPUTY CLERK'S INITIALS: amk

Revised 6-18-07

Certified to be a true and correct copy
of original filed in my office.
Dated 8/29/07
IDA ROMACK, Clerk
By _____ Deputy

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. V.S. ARNOLD

FOR: ALASKA
AT: ANCHORAGE

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): **KELVIN RENALDO ARNOLD**

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 3:07-mj-00172-JDR
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & ☒ Felony  ☐ Misdemeanor)

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: **7-2006**
How much did you earn per month? $ **1300 gross**
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED $ _____  SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE $ _____  DESCRIPTION _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Hospital | | $4,000.00 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): **August 20, 2007**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Kelvin Arnold

Certified to be a true and correct copy of original filed in my office.
Dated **8/29/07**
IDA ROMACK, Clerk
By _____ Deputy

Case 4:07-cr-00488-CW   Document 57   Filed 09/04/2007   Page 5 of 13
Case 3:07-mj-00172-JDR   Document 5   Filed 08/20/2007   Page 1 of 1

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _____ Alaska _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>KELVIN RENALDO ARNOLD<br>*Defendant* | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>Case Number: 3:07-mj-00172-JDR |

Upon motion of the _____defendant_____, it is ORDERED that a detention hearing is set for __8/28/07__ * at __1:00 pm__
                                        *Date*                                                *Time*

before __John D. Roberts__
            *Name of Judicial Officer*

__Anchorage, Alaska__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
           *Other Custodial Official*

Date: _____August 20, 2007_____

**SIGNATURE REDACTED**

JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

Certified to be a true and correct copy of original filed in my office.
Dated __8/29/07__
IDA ROMACK, Clerk
By _____ Deputy

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELVIN RENALDO ARNOLD,<br><br>Defendant. | NO. 3:07-mj-00172-JDR<br><br>**NOTICE OF INTENT TO WAIVE IDENTITY HEARING** |

Kelvin Arnold intends to waive his right to an identity hearing and consent to a transfer of this matter to the Northern District of California.

DATED at Anchorage, Alaska this 24th day of August 2007.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:      907-646-3480
E-Mail:  kevin_mccoy@fd.org

Certified to be a true and correct copy of original filed in my office.
Dated 8/24/07
IDA ROMACK, Clerk
By _____ Deputy

Certification:
I certify that on August 24, 2007,
a copy of the *Notice of Intent to
Waive Identity Hearing* was served
electronically on:

Audrey J. Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

/s/Kevin F. McCoy

*United States v. Kelvin Renaldo Arnold*
Case No. 3:07-mj-00172-JDR                                                                                   Page 2

AO 466 (Rev. 1/03) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ ALASKA _____

UNITED STATES OF AMERICA

V.

___KELVIN RENALDO ARNOLD___
Defendant

**WAIVER OF RULE 40 HEARINGS**
(All Criminal Cases)

JUDGE:   JOHN D. ROBERTS

CASE NUMBER:   3:07-MJ-00172-JDR

I understand that charges are pending in the ___Northern___ District of ___California___

alleging violation of ___18 USC § 1028(f)___ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)

taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

- *Check one only* -

[ ] **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3) a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(X) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__August 28, 2007__        _____
Date                                    Defense Counsel

Certified to be a true and correct copy
of original filed in my office.
Dated  8/29/07
IDA ROMACK, Clerk
By _____ Deputy

AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

District of __Alaska__

UNITED STATES OF AMERICA

v.

__Kelvin Renaldo Arnold__
Defendant

**ORDER OF DETENTION PENDING TRIAL**

Case Number: __3:07-mj-00172-JDR__

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
   - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
   - ☐ an offense for which the maximum sentence is life imprisonment or death.
   - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
   - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☐ (1) There is probable cause to believe that the defendant has committed an offense
   - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____
   - ☐ under 18 U.S.C. § 924(c).
- ☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☒ (1) There is a serious risk that the defendant will not appear.
- ☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

_Reasons stated in pretrial services report._
_Detention not contested at this time._

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☐ clear and convincing evidence ☐ a preponderance of the evidence that

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

__8-28-07__
Date

/s/John D. Roberts, USMJ
Signature Redacted

JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE
Name and Title of Judge

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

Certified to be a true and correct copy of original filed in my office.
Dated __8/29/07__

IDA ROMACK, Clerk
By __Denaeya Elmore__ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. KELVIN RENALDO ARNOLD   CASE NO. 3:07-MJ-00172-JDR
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: SAMANTHA LARK

UNITED STATES' ATTORNEY: AUDREY RENSCHEN

DEFENDANT'S ATTORNEY: KEVIN MCCOY

U.S.P.O.: BARBARA BURTON

PROCEEDINGS: STATUS HEARING (DETENTION/IDENTITY HEARING) HELD 08/28/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:06 p.m. court convened.

Defendant waived Identity Hearing: Waiver of Rule 40 Hearings **FILED**.

Court and counsel heard; detention not contested; Defendant's detention continued; Order of Detention Pending Trial **FILED**.

Court ordered defendant be transported to the Northern District of California.

At 1:12 p.m. court adjourned.

**OFF RECORD:** Commitment to Another District **signed**; Original and one copy to the USM.

DATE: August 29, 2007     DEPUTY CLERK'S INITIALS: sal/nkd

Revised 6-18-07

Certified to be a true and correct copy of original filed in my office.
Dated 8/29/07
IDA ROMACK, Clerk
By Denali Elmore Deputy

# U.S. District Court
## District of Alaska (Anchorage)
### CRIMINAL DOCKET FOR CASE #: 3:07-mj-00172-JDR All Defendants
### Internal Use Only

Case title: USA v. Arnold
Other court case number: 4:07-cr-00488-CW Northern District of California

Date Filed: 08/20/2007

Assigned to: John D. Roberts

**Defendant**

**Kelvin Renaldo Arnold (1)**  represented by  **Kevin F. McCoy**
Federal Public Defender's Agency
601 W. 5th Ave., Suite 800
Anchorage, AK 99501
907-646-3400
Fax: 907-646-3480
Email: Kevin_Mccoy@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:1028(f) CONSPIRACY TO UNLAWFULLY TRANSFER OR USE A MEANS OF IDENTIFICATION OF ANOTHER
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

Certified to be a true and correct copy of original filed in my office.
Dated 8/29/07
IDA ROMACK, Clerk
By _____ Deputy

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA             represented by    **Audrey J. Renschen**
U.S. Attorney's Office (Anch)
Anchorage
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: audrey.renschen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nelson P. Cohen**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2007 |  | Notice of Arrest of Kelvin Renaldo Arnold defendant arrested 8/17/07. (RMC, COURT STAFF) (Entered: 08/20/2007) |
| 08/20/2007 | 1 | Northern District of California Indictment as to Kelvin Renaldo Arnold (Attachments: # 1 Northern District of CA Docket Sheet# 2 Issued Warrant of Arrest)(RMC, COURT STAFF) (Entered: 08/20/2007) |
| 08/20/2007 |  | Counts added: Kelvin Renaldo Arnold (1) count(s) 1 (RMC, COURT STAFF) (Entered: 08/20/2007) |
| 08/20/2007 | 2 | JDR ORDER as to Kelvin Renaldo Arnold; Initial Appearance on Northern District of California Warrant of Arrest set for 8/20/2007 03:30 PM in Anchorage Courtroom 6 before John D. Roberts. cc: USM, USPO (RMC, COURT STAFF) (Entered: 08/20/2007) |
| 08/20/2007 | 3 | Minute Entry for proceedings held before Judge John D. Roberts :Initial Appearance on Northern District of California Warrant of Arrest as to Kelvin Renaldo Arnold held on 8/20/2007. FPD appointed. Defendant detained; Detention / Identity Hearing set for 8/28/2007 01:00 PM in Anchorage Courtroom 6 before John D. Roberts. (Court Recorder AMK.) Government Counsel-Audrey Renschen; Defense Counsel-Kevin McCoy; USPO/PTS Officer-Paula McCormick. Defendant Present In Custody. cc: FPD/CJA Clerk, USM, USPO.(AMK, COURT STAFF) (Entered: 08/20/2007) |
| 08/20/2007 | 4 | CJA 23 Financial Affidavit by Kelvin Renaldo Arnold (AMK, COURT STAFF) (Entered: 08/20/2007) |
| 08/20/2007 | 5 | ORDER OF TEMPORARY DETENTION PENDING HEARING as to Kelvin Renaldo Arnold. Detention Hearing set for 8/28/2007 01:00 PM |

| | | |
|---|---|---|
| | | in Anchorage Courtroom 6 before John D. Roberts. Signed by Judge John D. Roberts on 08/20/07. cc: USM, USPO.(AMK, COURT STAFF) (Entered: 08/20/2007) |
| 08/24/2007 | 6 | NOTICE *of Intent to Waive Identity Hearing* by Kelvin Renaldo Arnold (McCoy, Kevin) (Entered: 08/24/2007) |
| 08/28/2007 | 7 | WAIVER of Rule 40 Hearings by Kelvin Renaldo Arnold. (NKD, COURT STAFF) (Entered: 08/28/2007) |
| 08/28/2007 | 8 | ORDER OF DETENTION as to Kelvin Renaldo Arnold Signed by Judge John D. Roberts on 8/28/07. cc: USM, USPO (NKD, COURT STAFF) (Entered: 08/28/2007) |
| 08/28/2007 | 9 | Minute Entry for proceedings held before Judge John D. Roberts :Status Conference (Detention/Identity Hearing) as to Kelvin Renaldo Arnold held on 8/28/2007; Identity hearing waived; Detention not contested; defendant detained; defendant order transported to Northern District of California. (Court Recorder SAL.) Government Counsel-Audrey Renschen; Defense Counsel-Kevin McCoy; USPO/PTS Officer-Barbara Burton. Defendant Present In Custody. cc: USM, USPO (NKD, COURT STAFF) (Entered: 08/29/2007) |
| 08/28/2007 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Kelvin Renaldo Arnold. Defendant committed to the Northern District of California. Signed by Judge John D. Roberts on 8/28/07. cc: USM, USPO. (DJE, COURT STAFF) (Entered: 08/29/2007) |