1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )  No. CR-07-00488 CW
                                        )
12              Plaintiff,              )  **STIPULATION AND ORDER**
                                        )  **CONTINUING STATUS HEARING**
13  vs.                                 )  **AS MODIFIED**
                                        )
14  ANDRE MATTHEWS, et al.              )  Hearing Date: September 26, 2007
                                        )  Requested Date: October 24, 2007
15              Defendant.              )
    _____)
16

17
        It is hereby stipulated that the STATUS hearing date of September 26, 2007 be continued
18
    to October 24, 2007 at 2:30 p.m.  In addition, the parties stipulate and agree that time should be
19
    excluded between September 26, 2007 and October 24, 2007 due to the ongoing investigation by
20
    defense counsel. Approximately 4000 pages of discovery have been produced to defense
21
    counsel in electronic form. Not all of this has been printed. Seven CD-ROM's of discovery are
22
    forthcoming this week. The parties understand the court's preference for setting of motions by
23
    stipulation; however, the parties are not in a position to assess the time needed for discovery
24
    review or motions preparation. The parties will attempt to propose a motions schedule by
25
    stipulation prior to the requested next appearance.
26

    Stip to Continue, 07-00488 CW                  1

1    The parties agree that the ends of justice served by the continuance requested herein
2 outweigh the best interest of the public and the defendant in a speedy trial because the failure to
3 grant the continuance would deny the counsel for the defendant the reasonable time necessary
4 for effective preparation, taking into account the exercise of due diligence.  Time should
5 therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

6

7  _____          /s/_____
   Date                             John Paul Reichmuth
8                                   Assistant Federal Public Defenders
                                    Counsel for defendant Johnson
9

10
                                     /s/_____
11 _____            Richard Tamor
   Date                              Counsel for defendant Bacon
12
                                     /s/_____
13 _____            Michael Hinckley
   Date                              Counsel for defendant Green
14

15 _____            /s/_____
   Date                              Garrick Lew
16                                   Counsel for defendant Alexander

17
                                     /s/_____
18 _____            Gail Shifman
   Date                              Counsel for defendant Kautzman
19

20                                   /s/_____
   _____            John Hemann
21 Date                               Counsel for defendant Matthews

22 _____            /s/_____
   Date                              Laura Robinson
23                                   Counsel for defendant Enriquez

24 _____            /s/_____
   Date                              Mark Goldrosen
25                                   Counsel for defendant Reyes

26

Stip to Continue, 07-00488 CW            2

| | |
|---|---|
| _____<br>Date | _____/s/_____<br>Seth Chazin<br>Counsel for defendant Williams |
| _____<br>Date | _____/s/_____<br>Keslie Stewart<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ John Paul Reichmuth
Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, and because the parties are engaging in settlement discussions.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of September 26, 2007 be continued to October 24, 2007 at **2:00 p.m.** and that time be excluded from September 26, 2007 to October 24, 2007 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

9/26/07

_____
Date

_[signature: Claudia Wilken]_
Honorable Claudia Wilken
Judge, United States District Court
Northern District of California

Stip to Continue, 07-00488 CW                    3