1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-07-00488 CW
                                       )
12                Plaintiff,           )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CONTINUING STATUS**
13  vs.                                )   **HEARING**
                                       )
14  ANDRE MATTHEWS, et al.             )   Hearing Date: October 24, 2007
                                       )   Requested Date: November 28, 2007
15                Defendant.           )
    _____)

16

17

18          It is hereby stipulated that the STATUS hearing date of October 24, 2007 be continued to

19  November 28, 2007 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be

20  excluded between October 24, 2007 and November 28, 2007 due to the ongoing investigation by

21  defense counsel.  Approximately 4000 pages of discovery have been produced to defense counsel

22  in electronic form.  Not all of this has been printed.  This electronic discovery has been converted

23  to OCR searchable form by defense counsel and distributed to all defense counsel.  Seven CD-

24  ROM's of discovery recently received have not been reviewed.  Calculation of loss value

25  exposure will be a complicated process in this case and is ongoing.  The parties understand the

26  court's preference for setting of motions by stipulation; however, the parties are not in a position

1    to assess the time needed for discovery review or motions preparation.  The parties will attempt

2    to propose a motions schedule by stipulation prior to the requested next appearance.

3          The parties agree that the ends of justice served by the continuance requested herein

4    outweigh the best interest of the public and the defendant in a speedy trial because the failure to

5    grant the continuance would deny the counsel for the defendant the reasonable time necessary for

6    effective preparation, taking into account the exercise of due diligence.  Time should therefore be

7    excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

8

9    10-23-07                                                    /s/
     Date                                          John Paul Reichmuth
10                                                 Assistant Federal Public Defenders
                                                   Counsel for defendant Johnson
11

12   10-23-07                                                    /s/
13   Date                                          Richard Tamor
                                                   Counsel for defendant Bacon
14

15   10-23-07                                                    /s/
16   Date                                          Garrick Lew
                                                   Counsel for defendant Alexander

17   10-23-07                                       /s/
     Date                                          Gail Shifman
18                                                 Counsel for defendant Kautzman

19
20   10-23-07                                                    /s/
     Date                                          John Hemann
21                                                 Counsel for defendant Matthews

22   10-23-07                                                    /s/

23   Date                                          Laura Robinson
                                                   Counsel for defendant Enriquez

24   10-23-07                                                    /s/
     Date                                          Mark Goldrosen
25                                                 Counsel for defendant Reyes

26

Stip to Continue, 07-00488 CW              2

1    10-23-07 _____        _____/s/_____

     Date                                Seth Chazin

2                                        Counsel for defendant Williams

3

     10-23-07                            _____/s/_____

4    Date                                Keslie Stewart

                                         Assistant United States Attorney

5

6        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)

     within this efiled document.        __/S/ John Paul Reichmuth__

7    _____                             Counsel for Defendant Alicia Johnson

8

9

                                **ORDER**

10        Based on the reasons provided in the stipulation of the parties above, the Court hereby

11   finds that the ends of justice served by the continuance requested herein outweigh the best

12   interest of the public and the defendant in a speedy trial because the failure to grant the

13   continuance would deny the counsel for the defendant the reasonable time necessary for effective

14   preparation, taking into account the exercise of due diligence.  The Court makes this finding

15   because the parties continue to investigate the new discovery, which is voluminous.

16        Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

17   October 24, 2007 at 2:00 p.m. be continued to November 28 and that time be excluded from

18   October 24, 2007 to November 28, 2007 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

19        IT IS SO ORDERED.

20

21

22   _____         _____

     Date                                Hon. Claudia Wilken

23                                       United States District Judge

24

25

26