ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for Defendant Kelvin Arnold

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>KELVIN ARNOLD,<br><br>       Defendant | Case No.: CR 07-00488 CW/WDB<br><br>[PROPOSED] ORDER FOR TRAVEL<br>OVER THANKSGIVING HOLIDAYS |

The defendant Kelvin Arnold was ordered by this Court released to live with his aunt Charlene McKenney in Livermore, CA. Ms. McKenney serves as his custodian. He is subject to a curfew set by Pre-Trial Services.

Mr. Arnold now seeks to travel over the Thanksgiving holidays, from November 18 through November 24, 2007, with his aunt to the home of his father, Master Sergeant Melvin Arnold, who lives at Fort Hood in Harker Heights, Texas.

Defense counsel has spoken with Assistant United States Attorney Keslie Stewart, who does not object to this request. Pre-Trial Services also does not object to Mr. Arnold's request to travel to Texas to spend Thanksgiving with his father, provided that he travels with his aunt.

The parties hereby stipulate that this Court should order that defendant Kelvin Arnold be permitted to travel out of district to:

> MSG Melvin R. Arnold
>
> 411 Ponderosa Dr
>
> Harker Heights, TX 76548
>
> Ph: (254) 213-0983

between November 18th and November 24th, 2007, for the Thanksgiving holidays.

Dated: November 14, 2007                      Respectfully Submitted,

                                              RAMSEY & EHRLICH LLP


                                              //S//
                                              ISMAIL RAMSEY


                                              SCOTT N. SCHOOLS
                                              UNITED STATES ATTORNEY


                                              //S//
                                              KESLIE STEWART
                                              ASSISTANT US ATTORNEY

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Kelvin Arnold be permitted to travel over the Thanksgiving holidays, specifically from November 18 through November 24, 2007, with his aunt, Charlene McKenney, to the home of his father, Master Sergeant Melvin Arnold, at 411 Ponderosa Drive, Harker Height, TX 76548.

Dated:


                                              _____
                                              HON. WAYNE D. BRAZIL
                                              US MAGISTRATE JUDGE