PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **RE:** | Kelvin Arnold |

**FILED**

**JAN 1 4 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer |
| **DATE:** | January 14, 2008 |

**DOCKET NO.:**    CR 07-00488 CW

## THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Paul Mamaril                                             510-637-3757
**U.S. PRETRIAL SERVICES OFFICER**                **TELEPHONE NUMBER**

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

*Defendant must appear on my calendar if there is any additional apparent violation of curfew.*

*(signature)*                                             1-14-08
**JUDICIAL OFFICER**                                      **DATE**

Cover Sheet (12/03/02)

*cc: WDB's Stats Copy to parties via ECF, Pretrial, Sheilah, Financial*

**To:**     Honorable Wayne D. Brazil
          U.S. Magistrate Judge

**From:**   Paul Mamaril
          U.S. Pretrial Services Officer

**Subject:**  Kelvin Arnold
          CR 07-00488 CW

**Date:**    January 11, 2008



# MEMORANDUM

Your Honor,

On December 4, 2007, this officer submitted a memorandum regarding our concerns of Mr. Kelvin Arnold's behavior on pretrial release, especially his condition of curfew. This memorandum is attached for Your Honor's review. On December 13, 2007, a subsequent memorandum was submitted regarding the defendant's admitted drug use and positive urinalysis for marijuana. This memorandum is also attached for Your Honor's review.

Since the last memorandum, Mr. Arnold has missed curfew calls on the following dates:

| Date: | Time: | Reason: |
| --- | --- | --- |
| December 14, 2007 | 11:27 pm | Hung up |
| December 14, 2007 | 11:38 pm | No Response |
| December 15, 2007 | 10:49 pm | Hung up |
| December 18, 2007 | 11:23 pm | No Response |
| December 22, 2007 | 1:02 am | Hung up |
| December 23, 2007 | 2:53 am | No Response |
| December 26, 2007 | 4:28 am | No Response |
| January 4, 2008 | 1:47 am | No Response |

On January 8, 2008, Mr. Arnold reported to this officer and the curfew violations were addressed. The defendant advised that he has been home during his curfew hours and that members of his household may have picked up his curfew calls. This officer spoke with the defendant's aunt (Charlene McKenney) who verified that she has accidentally picked up the defendant's curfew calls on various occasions. Mrs. McKenney confirmed that the defendant has always been home during his curfew hours (10pm-6am). This officer advised Mrs. McKenney that the defendant will need to contact Pretrial Services immediately if he believes that he has missed any curfew calls in the future. It should be noted that, since the last memorandum, Mr. Arnold is now testing negative for illicit drug use and secured full-time employment at Shell Gas Station in Pleasanton, California.

MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL                                PAGE 2
UNITED STATES MAGISTRATE JUDGE
RE: ARNOLD, KELVIN


At this time, Pretrial Services requests that no action be taken as a result of the noted
violations as these are being addressed with the defendant.

The defendant is currently scheduled for a Motions Hearing before the Honorable
Claudia Wilken, U.S. District Judge, on January 16, 2008.

This memorandum is submitted for Your Honor's information and consideration.  If Your
Honor has any questions regarding the above information, please contact this officer at
510-637-3757.


                                                        Respectfully submitted,


                                                        Paul Mamaril
                                                        U.S. Pretrial Services Officer


Reviewed by,


Allen Lew, Supervising
U.S. Pretrial Services Officer


cc:    Mr. Keslie Stewart, AUSA


       Ismail Ramsey, Defense Counsel