1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR-07-00488 CW
                                     )
12              Plaintiff,           )    **STIPULATION AND ORDER**
                                     )    **CONTINUING STATUS HEARING**
13  vs.                              )
                                     )    Hearing Dates: March 12 & 19, 2008
14  ANDRE MATTHEWS, et al.           )    Requested Date: April 9, 2008
                                     )
15              Defendant.           )
    _____)
16

17

18      It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12,

19  2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00

20  p.m. for CHANGES OF PLEA OR MOTIONS.  In addition, the parties stipulate and agree that

21  time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing

22  investigation by defense counsel.  Two new discs of electronic discovery have been produced by

23  the government within the week of March 3, 2008, and defense counsel need time to review this

24  material.  Approximately 4000 pages of discovery have been previously been produced to

25  defense counsel in electronic form.  This electronic discovery has been converted to OCR

26  searchable form by defense counsel and distributed to all defense counsel.

    Stip to Continue, 07-00488 CW              1

1    The parties agree that the ends of justice served by the continuance requested herein

2  outweigh the best interest of the public and the defendants in a speedy trial because the failure to

3  grant the continuance would deny the counsel for the defendant the reasonable time necessary

4  for effective preparation, taking into account the exercise of due diligence.  Time should

5  therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

6

7  03-07-08                                    /s/
   Date                                        John Paul Reichmuth
8                                              Assistant Federal Public Defenders
                                               Counsel for defendant Johnson
9

10
   03-07-08                                    /s/
11 Date                                        Richard Tamor
                                               Counsel for defendant Bacon
12

13 03-07-08                                    /s/
   Date                                        Garrick Lew
14                                             Counsel for defendant Alexander

15 03-07-08                                    /s/
   Date                                        Gail Shifman
16                                             Counsel for defendant Kautzman

17
   03-07-08                                    /s/
18 Date                                        John Hemann
                                               Counsel for defendant Matthews
19
   03-07-08                                    /s/
20
   Date                                        Laura Robinson
21                                             Counsel for defendant Enriquez

22
   03-07-08                                    /s/
23 Date                                        Mark Goldrosen
                                               Counsel for defendant Reyes
24

25 03-07-08                                    /s/
   Date                                        Seth Chazin
26                                             Counsel for defendant Williams

Stip to Continue, 07-00488 CW              2

1

2  03-07-08                              /s/
   Date                                 Ismail Ramsey
3                                        Counsel for defendant Arnold

4  03-07-08                              /s/
   Date                                 Diana Weiss
5                                        Counsel for defendant Green

6
   03-07-08                              /s/
7  Date                                 Keslie Stewart
                                        Assistant United States Attorney
8

9       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this efiled document.                      /S/ John Paul Reichmuth
10                                      Counsel for Defendant Alicia Johnson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from March 12, 2008, to April 9, 2008, pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.


3/11/08
_____          _____
Date                                         Hon. Claudia Wilken
                                                United States District Judge

Stip to Continue, 07-00488 CW          4