ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Kelvin Arnold*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR07-00488 CW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| ANDRE MATTHEWS, *et al.* | |
| Defendant. | Judge Claudia Wilken |

**NOTICE OF APPEARANCE**

Notice is hereby given that Felicia Gross is appearing as counsel for defendant KELVIN ARNOLD, along with Ismail Ramsey and Miles Ehrlich of RAMSEY & EHRLICH LLP in the above-entitled action. All further notice and copies of pleadings, papers, and other materials relevant to this action shall be served upon the following:

>    Ismail Ramsey
>    izzy@ramsey-ehrlich.com
>    Miles Ehrlich
>    miles@ramsey-ehrlich.com
>    Felicia Gross
>    felicia@ramsey-ehrlich.com
>    RAMSEY & EHRLICH LLP
>    803 Hearst Avenue
>    Berkeley, CA 94710
>    (510) 548-3600 (Tel)
>    (510) 291-3060 (Fax)

DATED: June 3, 2008                    RAMSEY & EHRLICH LLP


                                       \_\_\_//s// Felicia Gross_____
                                       Ismail Ramsey
                                       Miles Ehrlich
                                       Felicia Gross

                                       *Attorneys for Defendant Kelvin Arnold*

**NOTICE OF APPEARANCE**