UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** David Disbrow, pro tem
**Date:** 6/18/08

**Plaintiff:**  United States

**v.**                                                          **No.**  CR-07-00488 CW

**Defendant:**  Kelvin Arnold (present - in custody)


**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
Felicia Gross

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


                              **Hearing:   Trial Setting**

**Notes:  Case continued to 7/9/08 at 2:00 p.m. for disposition or motions setting or trial setting.**  Government has additional discovery to provide to defense.  Defense does not anticipate any motions.  Time excluded for effective preparation and continuity of counsel.

Copies to: Chambers