UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 7/9/08

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00488 CW

**Defendant:** Kelvin Arnold (present - in custody)


**Appearances for Plaintiff:**
Doug Sprague for Keslie Steward

**Appearances for Defendant:**
Ismail Ramsey

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


    **Hearing:** Trial Setting or Motions Setting or Disposition

**Notes:**    Parties close to resolving, but defense needs additional time to look further at Guideline Range re possible enhancements. Defense has no motions that he will be filing.  **Case continued to 7/23/08 at 2:00 p.m. for disposition or trial setting.**  Time excluded for effective preparation and continuity of counsel.

Copies to: Chambers