AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. § 401(3) - Contempt Of Court

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum life imprisonment; $250,000 fine; 5 years supervised release; $100 special assessment

---- DEFENDANT - U.S. ----

▶ KELVIN ARNOLD

DISTRICT COURT NUMBER
CR 07-0488 CW

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES POSTAL SERVICES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  W. DOUGLAS SPRAGUE, AUSA

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:



1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0488 CW |
| Plaintiff, | VIOLATION: 18 U.S.C. § 401(3) – Contempt of Court |
| v. | |
| KELVIN ARNOLD, | |
| Defendant. | OAKLAND VENUE |

### INFORMATION

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 401(3) – Contempt of Court)

From on or about March 24, 2008, until on or about May 24, 2008, in the Northern District of California, the defendant,

KELVIN ARNOLD,

did knowingly and willfully violate, disobey, and resist lawful orders, rules, decrees, and commands of a court of the United States, in that on or about March 19, 2008, a United States Magistrate Judge ordered, among other things, that defendant shall reside full time at New Bridge Drug Treatment program, shall abide by the rules and regulations of that program, and shall not change residence without prior approval of Pretrial Services, but thereafter, from on or about

INFORMATION;
CR 07-0488 CW

1  March 24, 2008, until on or about May 24, 2008, defendant failed to return to and to reside at
2  New Bridge Drug Treatment program, in violation of Title 18, United States Code, Section
3  401(3).
4  //
5  DATED:    July 23, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

10  (Approved as to form: _____ )
    AUSA Stewart