O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| KELVIN ARNOLD, | CASE NUMBER: CR 07-0488 CW |

FILED JUL 23 2008

I, KELVIN ARNOLD, the above named defendant, who is accused of

18 U.S.C. § 401(3) - Contempt of Court

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ 7/23/2008 _____ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer