# UNITED STATES DISTRICT COURT

_____ DISTRICT _____

CR-07-00488

**Defendant's Waiver of Preparation of Presentence Investigation and Report**

FILED
JUL 23 2008

I, __Kelvin Arnold__ hereby waive
(Name of Defendant)

my right to have the probation officers of the United States District Courts conduct a presentence investigation for presentation to the sentencing court. This investigation which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form. No promise has been made to me as to what the final disposition of my case will be.

__7-23-08__                                          __[signature]__
(Date)                                               (Signature of Defendant)


__[signature]__
(Defendant's Attorney)

Prob. 13C (1/76)