UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00488 CW

**Defendant:** Kelvin Arnold (present - in custody)

**Appearances for Plaintiff:**
Doug Sprague for Keslie Stewart

**Appearances for Defendant:**
Ismail Ramsey

**Hearing:** Change of Plea and Sentencing

**Notes:** Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to the Information charging Contempt of Court in violation of 18 USC 401(3). Plea Agreement filed. Waiver of Indictment filed. Court finds factual basis for plea; Court accepts plea. Defendant requests immediate sentencing and waives his right to a PSR. Court abides by plea agreement. Court finds Offense Level 7, Criminal History III, leading to a Guideline Range of 4-10 months. The Court sentences the defendant to 4 months with credit for time served as calculated by the BOP, to be followed by 2 years supervised release under the usual terms and conditions and the special conditions as stated in Court. Defendant to pay $100 special assessment due immediately but may be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program. While incarcerated, payment of criminal monetary penalties shall be at the rate of $25 per quarter. Any balance that remains unpaid at the commencement of the term of supervised release shall be paid at the rate of $25 per quarter as directed by the U.S. Probation Officer. No fine imposed due to lack of ability to pay a fine. Any remaining counts are dismissed and underlying counts dismissed. Defendant remanded to custody of U.S. Attorney. See J&C for details.

Copies to: Chambers