ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
KATHARINE A. KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

*Attorneys for Defendant Kelvin Arnold*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> KELVIN ARNOLD, <br> Defendant. | Case No.: CR07-00488 CW LB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

Plaintiff, the United States, by and through its attorney of record, and Defendant, Kelvin Arnold, by and through his attorneys of record, hereby stipulate and ask the Court to order as follows:

That the hearing before Magistrate Judge Beeler on Defendant's revocation proceeding currently scheduled for February 16, 2010 at 10:00 a.m. be vacated and continued until February

**STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING**

24, 2010 at 10:00 a.m., in order that the matters before Magistrate Judge Beeler be heard on the same date as the sentencing hearing currently scheduled before District Judge Claudia Wilken on February 24, 2010 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: February 16, 2010  JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY


_____//s// Keslie Stewart_____
Keslie Stewart
Assistant U.S. Attorney



DATED: February 16, 2010  RAMSEY & EHRLICH LLP



_____//s// Katharine Kates_____
Ismail Ramsey
Miles Ehrlich
Katharine Kates

*Attorneys for Defendant Kelvin Arnold*

IT IS SO ORDERED.

The currently scheduled hearing on February 16, 2010 is vacated and continued until February 24, 2010 at 10:00 a.m.

DATED: ~~February 16, 2010~~ February 23, 2010   /s/ Laurel Beeler
_____
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING**           - 2 -