IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KELVIN REYNALDO ARNOLD,<br><br>    Defendant.<br>_____/ | No. CR 07-00488-08 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

    The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Defendant's Admission of Violations of the Terms and Conditions of His Supervised Release and adopts the Recommendation in every respect. Accordingly,

    Defendant Kelvin Arnold's admission of the violations is accepted by the Court as to charges one, two and four of the Amended Petition for Arrest Warrant for Offender Under Supervision filed on December 16, 2009, charging the Defendant with leaving the Northern District of California without permission, submitting a urinalysis test which was presumptive positive for marijuana and cocaine, and failing to notify the probation officer within seventy-two hours of being arrested.

Dated: 2/24/10

                                        CLAUDIA WILKEN
                                        United States District Judge

cc: LB; U.S. Probation; Wings;