IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KELVIN REYNALDO ARNOLD,<br><br>    Defendant.<br>_____/ | No. CR 07-00488 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect. Accordingly,

Defendant Kelvin Reynaldo Arnold's admission of the violations is accepted by the Court as to charges Two (2) and Three (3) of the Second Amended Petition for Arrest Warrant for Offender Under Supervision filed on June 21, 2010 charging Defendant Kelvin Reynaldo Arnold with failing to participate in a program of testing and treatment for drug abuse, and failing to follow the instructions of the probation officer. Sentencing is set for Wednesday, September 8, 2010 at 2:00 p.m. The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 8/17/2010

                                CLAUDIA WILKEN
                                United States District Judge

cc: DMR; Sue